

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00218-CV

---

Ernesto A. Ochoa and Sandra Paloma Ochoa, Appellants

v.

Sadova Properties III, LLC, Appellee

---

On Appeal from the County Court at Law No. 6
El Paso County, Texas
Trial Court No. 2024DCV5127

---

## JUDGMENT

The Court has considered this cause on Appellants' motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellants' pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED this 14th day of January 2026.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.